UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| RAUL RODRIGUEZ, | ) | 3:07-CV-0093-RLH (RAM) |
| Plaintiff, | ) | |
| vs. | ) | REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |
| DONALD HELLING, et al., | ) | |
| Defendants. | ) | |

This Report and Recommendation is made to the Honorable Roger L. Hunt, Chief United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR IB 1-4.

On April 20, 2007, Defendants filed their Motion to Dismiss for Failure to Exhaust Administrative Remedies (Doc. #17). On April 24, 2007, the court entered and served its Minute Order Regarding the Requirements of Klingele v. Eikenberry and Rand v. Rowland (Doc. #18). This order was returned from the prison with the notation that the inmate was no longer in custody (Doc. #19).

LSR 2-2 provides that "The plaintiff shall immediately file with the court written notification of any change of address. The notification must include proof of service upon each opposing party or the party's attorney. Failure to comply with this rule may result in dismissal of the action with prejudice."

///

///

///

The Plaintiff has apparently been released from prison some time prior to April 24, 2007, and has failed to notify the court of a change of address.

Without such notification neither the Defendants nor the court can process this case and it becomes unmanageable.

Because of this circumstance and the Plaintiff's failure to comply with LSR 2-2, it is recommended that the District Court enter an order dismissing this action with prejudice.

## RECOMMENDATION

IT IS THEREFORE RECOMMENDED that the District Judge enter an order dismissing this action with prejudice..

The parties should be aware of the following:

1. That they may file, pursuant to 28 U.S.C. § 636(b)(1)(C) and Rule IB 3-2 of the Local Rules of Practice, specific written objections to this Report and Recommendation within ten (10) days of receipt. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the District Court.

2. That this Report and Recommendation is not an appealable order and that any notice of appeal pursuant to Rule 4(a)(1), Fed. R. Civ. P., should not be filed until entry of the District Court's judgment.

DATED: May 29, 2007.

_____
UNITED STATES MAGISTRATE JUDGE