UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| RAUL RODRIGUEZ, | ) | |
| | ) | |
| Plaintiff(s), | ) | 3:07-CV-0093-RLH-RAM |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| DONALD HELLING, *et al.,* | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

Before this Court is the Report and Recommendation of United States Magistrate Judge (#20, filed May 29, 2007), entered by the Honorable Robert A. McQuaid, regarding Defendants' Motion to Dismiss (#17, filed April 20, 2007). No objection was filed to Magistrate Judge McQuaid's Report and Recommendation of United States Magistrate Judge in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada and the matter was submitted for consideration.

The court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report and Recommendation of Magistrate Judge * should be accepted and adopted.

. . . .

. . . .

. . . .

IT IS THEREFORE ORDERED that Magistrate Judge's Report and Recommendation (#20) is AFFIRMED and ADOPTED, Defendants' Motion to Dismiss is granted and the case is dismissed.

Dated: July 13, 2007.

_____
**ROGER L. HUNT**
**Chief U.S. District Judge**